**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2424

DONALD G. CROMER,

Plaintiff - Appellant,

versus

KRAFT FOODS, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Richard L. Voorhees, District Judge.  (CA-03-346-3)

Submitted:  February 19, 2004          Decided:  February 25, 2004

Before NIEMEYER and SHEDD, Circuit Judges.[*]

Affirmed by unpublished per curiam opinion.

Donald G. Cromer, Appellant Pro Se.  Hamlet Sam Mabry, III, James Derrick Quattlebaum, HAYNSWORTH SINKLER BOYD, P.A., Greenville, South Carolina; Susan Pyle Dion, MCGUIREWOODS, L.L.P., Charlotte, North Carolina; Joel H. Spitz, Christy E. Phanthavong, MCGUIREWOODS, L.L.P., Chicago, Illinois, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

[*]The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Donald G. Cromer appeals the district court's orders dismissing his employment discrimination complaint and denying his motion for reconsideration. Our review of the record and the district court's opinion adopting the recommendation of the magistrate judge discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cromer v. Kraft Foods, Inc., No. CA-03-346-3 (W.D.N.C. filed Sept. 15, 2003 & entered Sept. 16, 2003; filed Oct. 23, 2003 & entered Oct. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED